People v Camino (2024 NY Slip Op 50752(U))

[*1]

People v Camino (Frank)

2024 NY Slip Op 50752(U) [83 Misc 3d 128(A)]

Decided on June 21, 2024

Appellate Term, First Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on June 21, 2024
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Hagler, P.J., Tisch, James, JJ.

570065/18

The People of the State of New
York, Respondent,
against
Frank Camino,
Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York,
New York County (Curtis Farber, J.), rendered December 13, 2017, convicting him, after
a jury trial, of assault in the third degree and harassment in the second degree, and
imposing sentence.

Per Curiam.
Judgment of conviction (Curtis Farber, J.), rendered December 13, 2017,
affirmed.
The verdict was supported by legally sufficient evidence and was not against the
weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]).
There is no basis for disturbing the jury's credibility determinations and its assessment of
a video recording of the incident. The jury reasonably determined that defendant's attack,
in which he sprayed the victim in the face with pepper spray while inside a diner, was not
preceded by any conduct by the victim that would support a reasonable belief that the use
of physical force against defendant was imminent (see People v Goetz, 68 NY2d
96, 114-115 [1986]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 21, 2024